IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN EDWARD LEHNER,

    Petitioner,                   No. CIV S-00-1953 DFL CMK P

    vs.

DIRECTOR CALIFORNIA DEPARTMENT
OF CORRECTIONS,

    Respondent.                <u>ORDER</u>

_____/

        On April 22, 2005, petitioner filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1        For the reasons set forth in the magistrate judge's January 20, 2005, findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right. Accordingly, a certificate of appealability should not issue in this action.
4        IT IS SO ORDERED.
5 DATED: 7/22/2005

                                                  DAVID F. LEVI
                                                  United States District Judge